**Order entered May 22, 2015**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00361-CV

## IN THE INTEREST OF N.E., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-13599-Z**

## ORDER

Because this is an accelerated appeal from a decree terminating appellant's parental rights, we **GRANT** appellant's May 19, 2015 motion for additional time to file brief to the extent we **ORDER** the brief be filed no later than June 11, 2015. We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
PRESIDING JUSTICE